**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ibis ZAMUDIO–GOMEZ, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Ibis Zamudio–Gomez, Defendant–Appellant.**

**Nos. 07–30052, 07–30053.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2008 [*].

Filed Jan. 24, 2008.

James E. Seykora, Esq., USBI—Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Leo Sanford Selvey, Selvey Law Firm, Billings, MT, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

### MEMORANDUM **

Ibis Zamudio–Gomez appeals from the 138–month sentence imposed following his conviction on twelve counts, all in violation of 18 U.S.C. § 2, 21 U.S.C. § 841(a)(1), and 21 U.S.C. § 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Zamudio–Gomez contends that the district court's denial of a three- or four-level downward adjustment for his role in the offense was clearly erroneous. We disagree and conclude that the district court did not clearly err in declining to apply more than a two-level downward adjustment. *See United States v. Davis,* 36 F.3d 1424, 1436–37 (9th Cir.1994); *see also* U.S.S.G. § 3B1.2, cmt. n. 3–4.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).